IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE RAMON CRAVER,** | Case No. 2:20-cv-01714 WBS DB P |
| Plaintiff, | **ORDER** |
| v. | |
| **T. TRAN, et al.,** | |
| Defendant. | |

Defendant T. Tran has applied for an order to extend the deadline for the filing of a responsive pleading to Plaintiff's First Amended Complaint. The Court has read and considered Defendant's ex parte application and the accompanying declaration of counsel. Good cause appearing, IT IS HEREBY ORDERED:

1. Defendant's motion for extension of time (ECF No. 26) is GRANTED; and

2. Defendant shall file a responsive pleading to Plaintiff's First Amended Complaint on or before October 18, 2021.

Dated: August 17, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
crav1714.36answ