UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMON CRAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>T. TRAN,<br><br>    Defendant. | No. 2:20-cv-01714 WBS DB P<br><br>ORDER |

Plaintiff, a state prisoner, proceeds pro se with a civil rights action under 42 U.S.C. § 1983. The time for filing dispositive motions has expired. Before the court sets a further schedule for this litigation, including due dates for pretrial statements, the court inquires as to each party's position on the usefulness of scheduling a settlement conference, which may take place via videoconference.

In addition, plaintiff's recent motion, styled as a "motion to stop threatening phone calls by defendant's lawyers…" is before the court. (ECF No. 54.) Defendant filed an opposition to the motion and plaintiff filed a reply. (ECF Nos. 55, 56.) Plaintiff's motion concerns the manner and substance of the party's settlement negotiations. Plaintiff states he feels threatened and bullied into accepting an offer that is lower than what he believes his case is worth. Plaintiff fails to show he is entitled to any relief. The motion is denied, except to the extent that the court inquires as to the usefulness of a court-supervised settlement conference.

In accordance with the above, IT IS ORDERED that:

1. Plaintiff's motion regarding settlement telephone calls with defendant's lawyers (ECF No. 54) is denied.
2. Within 14 days of the date of this order, each party shall file a brief notice stating whether or not the party believes scheduling a settlement conference would be useful at this time.

Dated:  April 12, 2023

DLB7
crav1714.adr

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2